# United States District Court
## Violation Notice

| Loc. Code | Violation No. | Printed Officer's Name | Officer No. |
|---|---|---|---|
| MA 65 | P 062003 #040629 | Moynihan | 892 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 10/24/04 15:25
Offense Charged: 2 CFR (2.1)(C)(1)
Place of Offense: Cape Banks

Offense Description: Preservation of natural features - destroying/digging features - destroying/digging plants

| Defendant's Last Name | First Name | M.I. |
|---|---|---|
| Burns | John | A |

| Street Address |
|---|
| 5 Pine Needle Way |

| City | State | Zip Code |
|---|---|---|
| East Orleans | MA | 02643 |

| Driver's License No | DL State | Date of Birth | Social Security Number |
|---|---|---|---|
| 5647207357 | MA | 12/4/59 | 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 |

**VEHICLE DESCRIPTION** 508-255-9357

| Vehicle Tag No | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|
| 1769 NW | MA | 94 | Chev. Blz | Maroon |

A [X] YOU MUST APPEAR IN COURT SEE INSTRUCTIONS
B [ ] YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS SEE INSTRUCTIONS

- [ ] I wish to terminate this matter by paying the collateral shown below. (enclosed)
- [ ] I plead not guilty and promise to appear as required

**YOUR COURT DATE**

Court Address:
Mailing Address:
PO Box 396
East Orleans, MA 02643

| Physical Description |
|---|
| Race: M W | Height: 5'11" | Weight: 190 | Hair: Brn | Eyes: Brn/Bu |

Weather Conditions: Clear / Cloudy / Rain / Snow / Ice / Fog
Traffic Conditions: Light / Medium / Heavy

P 062003

NPS Form 10-50 Rev 6/00

---

## STATEMENT OF PROBABLE CAUSE(S)

I state that on OCTOBER 24, 04 while exercising my duties as a law enforcement officer in the Massachusetts District...

John C. Burns was observed digging holes at Cedar Banks within Cape Cod National Seashore, in the process of this digging Burns did disturb and destroy plants (grasses) and other vegetation.

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Date: 10/28/04   [signature]

CVB Scan 11/26/2004 12:08:51

501-2157-9357

## United States District Court
### Violation Notice

| Law Code | Violation No | Print Officer Name | Officer No |
|---|---|---|---|
| MA65 | P 062002 #040629 | MOYNIHAN | 802 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 10/26/04, 1525
Offense Charged: 36 CFR (9)(2)(iii)
Place of Offense: CEDAR BANKS

Offense Description: PRESERVATION OF ARCHEOLOGICAL RESOURCES - DIGGING/REMOVING ARCHEOLOGICAL RESOURCES

Defendant's Last Name: BUELING
First Name: JOHN
MI: C.

Street Address: 5TH & PINE NEEDLE WAY
City: EAST ORLEANS
State: MA
Zip Code: 02643
Social Security Number: 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
Date of Birth: 12/4/59

Driver's License No: S64207357
DL State: MA
Year: 94
Vehicle Make: FORD EXPL
Vehicle Color: MAROON

Vehicle Tag No: 1769 NW
Tag State: MA

VEHICLE DESCRIPTION (508) 255-9357

A [X] YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS
B [ ] YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS

[ ] I wish to terminate this matter by paying the collateral shown below: enclosed
[ ] I plead not guilty and promise to appear as required.

YOUR COURT DATE

Complainant: MAILING ADDRESS
PO BOX 296
EAST ORLEANS, MA 02643

Physical Description:
| Sex | Race | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|
| M | W | 5'11 | 190 | BRN | BRN |

(Check One) [X] Adult [ ] Juvenile

Collateral (If any): MA
For payment by credit card, SEE INSTRUCTIONS

Weather Conditions: Clear
Traffic Conditions: Light / Medium / Heavy
Original - CVB Copy

Run / Snow / Ice / Fog

NPS Form 10-50, Rev 6/00

P 062002

---

### STATEMENT OF PROBABLE CAUSE

I state that on OCTOBER 26, 2004...

I OBSERVED JOHN C. BUELING AT MASSACHUSETTS DIGGING AT AN ARCHEOLOGICAL SITE AND REMOVING ARCHEOLOGICAL RESOURCES FROM THE HOLE. BUELING HAD DUG THE HOLE AND REMOVED 13 STONE CHIPS/FLAKES AS WELL AS 4 FLINT STONE (POSSIBLE SCRAPERS) FROM THE HOLE. HE ALSO ADMITTED HAVING DUG ANOTHER SHALLOW HOLE. THE HOLES WERE DUG WITH A SHOVEL (RANGE HOE) AND A TROWEL. BUELING HAD A TROWEL IN HIS POSSESSION ...

Executed on 10/28/04 /s/ Carl H. Moynihan

CVB Scan 11/28/2004 12 03 51

# United States District Court
## Violation Notice

Violation No: MA 65
Violation No: P 062001
# 0406629

Pilot Officer Name: MOYNIHAN
Officer No: 882

P 062001

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 10/26/04 15:25
Offense Charged: 26 CFC (a)(1)(iii)
Place of Offense: CEDAR BANKS
Offense Description: PRESERVATION OF ARCHEOLOGICAL RESOURCES - POSSESSING ARCH. RES.

Defendant's Last Name: BUELING
First Name: JOHN
MI: C.

Street Address: 5 PINE NEEDLE WAY
City: EAST ORLEANS
State: MA
Zip Code: 02643
Date of Birth: 12/4/59

Driver's License No: S64207357
DL State: MA
Social Security Number: 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

VEHICLE DESCRIPTION:
Vehicle Tag No: 1769 NW
Vehicle Tag State: MA
Year: 94
Vehicle Make: FORD EXPL.
Vehicle Color: MAROON

A [X] YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS.
B [ ] YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS

___ I wish to terminate this matter by paying the collateral shown below. enclosed

___ I plead not guilty and promise to appear as required

YOUR COURT DATE

Complainant: P.O. BOX 296 EAST ORLEANS, MA 02643

Physical Description:
MA
Sex: M
Race: C
Height: 5'11
Weight: (Check One) Light / Medium / (Heavy)
Eyes: BRN
Hair: BLK

Defendant (Signed): MARLING HYDROCESS
[For payment by credit card SEE INSTRUCTIONS]

Original CVB Copy

Weather Conditions: Clear / Rain / Snow / Ice / Fog
Traffic Conditions: Light / Medium / Heavy

NPS Form 10-50 Rev (xxx)

---

## STATEMENT OF PROBABLE CAUSE

On JAN 26, 2004 while exercising my duties as a law enforcement officer in the MASSACHUSETTS District, I observed JOHN C. BUELING in possession of ARCHEOLOGICAL ARTIFACTS at the CEDAR BANKS area of CAPE COD N.S. BUELING had 13 FLAKES/STONE CHIPS and a LARGE BIFACE IMPLEMENT (WORKED STONE PROBABLY A TOOL) in his possession.

The foregoing statement is based upon
[X] my personal observation
___ information supplied to me from my fellow officer's observation
___ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/26/04
Officer's Signature: Garrett Moynihan

Probable cause has been stated for the issuance of a warrant.
Executed on: _____