UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | MAGISTRATE JUDGE CRIMINAL |
| ) | NO. 05-000401-001-RBC |
| JOHN C. BURLING ) | |

### DEFENDANT'S MOTION TO IMPOUND SENTENCING MEMORANDUM

Defendant John Burling ("Mr. Burling") hereby moves, pursuant to Local Rule 7.2, that the Court impound his sentencing memorandum. As grounds therefor, Mr. Burling respectfully represents that he has attached as exhibits to his sentencing memorandum two documents which contain sensitive, personal medical information concerning Mr. Burling, and there are numerous references to these exhibits throughout his sentencing memorandum. Ordinarily, these documents would have been submitted to the Probation Service in connection with that Office's creation of a Presentence Report, and the medical information contained therein would have been kept confidential. Because the present proceeding, however, does not warrant the creation of a PSR, Mr. Burling is attempting to obtain the same protections of confidentiality by filing this motion.

8/19/05
ALLOWED;
SO ORDERED
Collings
U.S.M.J.

Pursuant to the requirements of Local rule 7.2(a), Mr. Burling states that the earliest date on which an impounding order may be lifted will be the date of the sentencing hearing (August 17, 2005), and that his counsel may take custody of the memorandum following the sentencing.

Respectfully submitted,

JOHN C. BURLING

By his attorney,

_____
Peter E. Gelhaar, Esq. (BBO #188310)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street
Boston, MA 02108
(617) 720-2880

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand/facsimile

Date: 8/16/05 [signature]

Dated: August 16, 2005